AARON D. FORD
  Attorney General
RUDOLF M. D'SILVA (Bar No. 16227)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-3375 (phone)
(702) 486-3768 (fax)
Email: rdsilva@ag.nv.gov

*Attorneys for Defendants*
*Alejandro Arias, Victoria Becerra,*
*Tyquan Brown, Gabriel Fentanes,*
*Alvin Harper, Quuveii Harris,*
*Elias Rasmussen and Jeremy Reese*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| TONY HOBSON,<br><br>    Plaintiff,<br><br>v.<br><br>AWP CURRIER, et al.,<br><br>    Defendants. | Case No. 2:22-cv-02088-JAD-MDC<br><br>**STIPULATION TO EXTEND DISPOSITVE DEADLINE UNTIL THIS COURT HAS RENDERED A DECISION REGARDING HOBSON'S MOTION TO COMPEL (ECF NO. 57)** |

Pro Se Plaintiff Tony Hobson (Hobson), and Alejandro Arias, Victoria Becerra, Tyquan Brown, Gabriel Fentanes, Alvin Harper, Quuveii Harris, Elias Rasmussen and Jeremy Reese, by and through counsel, Aaron D. Ford, Attorney General for the State of Nevada, and Rudolf M. D'Silva, Deputy Attorney General, respectfully submit the following stipulation to extend the dispositive motion deadline from April 15, 2025 to thirty (30) days from the date in which this Court renders a decision regarding Hobson's Motion to Compel (ECF No. 57).

### MEMORANDUM OF POINTS AND AUTHORITIES

**I. BACKGROUND**

Hobson is in the custody of the Nevada Department of Corrections (NDOC) and is pursuing a civil rights action under 42 U.S.C. § 1983. ECF No. 7 at ¶ 1. During mandatory screening, pursuant to 28 U.S.C. § 1915A(a), this Court allowed Hobson to proceed on the

following claims: (1) a First Amendment retaliation claim; and (2) an Eighth Amendment claim about harassing cell searches. ECF No. 11 at 10:1-6.

Hobson has filed a Motion to Compel Discovery (Motion) to which Defendants have responded to. *See* ECF No. 57; ECF No. 59; ECF No. 60. The parties have met and conferred regarding Hobson's Motion on March 18, 2025. The Parties mutually agreed to request this Court stay the dispositive motion deadline and extend it until thirty (30) days after this Court has made a determination on Hobson's Motion to Compel.

## II.  LEGAL STANDARD

Pursuant to Fed. R. Civ. P. 6(b), the "court may, for good cause, extend the time . . . with or without motion or notice . . . if a request is made, before the original time or its extension expires." Stipulations relating to proceedings before the court... must be in writing and signed by all parties who have appeared or their attorneys. LR 7-1(a). No stipulation relating to proceedings before the court ... are effective until approved by the court. LR 7-1(b).

## III.  PARTIES STIPULATION AND PROPOSED ORDER

Parties believe good cause exists to extend the dispositive motion deadline because there is a pending discovery dispute that has not been resolved. In the interest of justice, it would be best for this discovery dispute to be resolved prior to either party filing dispositive motions so that each side has the materials they respectively feel are necessary to adequately draft their respective dispositive motions and move forward with this lawsuit. Also, because the dispositive motion deadline is approaching soon on April 15, 2025, and the parties are unsure if a decision on this matter will occur prior to or after the dispositive motion deadline, Parties believe it is appropriate to extend the dispositive motion deadline by 30 days from the date this Court issues an order on Hobson's Motion to Compel. *See Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1260, (9th Cir. 2010) (holding that the "district court abused its discretion in denying party's timely motion" to extend time because the party "demonstrated the 'good cause' required by Rule 6, and

because there was no reason to believe that [the party] was acting in bad faith or was misrepresenting his reasons for asking for the extension").

DATED this 2 day of April, 2025.

By: /s/
Tony Hobson (#1165963)
*Pro Se Plaintiff*

DATED this 1st day of April, 2025.
AARON D. FORD
Attorney General

By: /s/ *Rudolf M. D'Silva*
RUDOLF M. D'SILVA (Bar No. 16227)
Deputy Attorney General
*Attorneys for Defendants*

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Dated: 4/9/2025

## CERTIFICATE OF SERVICE

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on April 1, 2025, I electronically filed the foregoing **STIPULATION TO EXTEND DISPOSITVE DEADLINE UNTIL THIS COURT HAS RENDERED A DECISION REGARDING HOBSON'S MOTION TO COMPEL (ECF NO. 57)** via this Court's electronic filing system. Parties who are registered with this Court's electronic filing system will be served electronically. For those parties not registered, service was made by depositing a copy for mailing in the United States Mail, first-class postage prepaid, addressed to the following:

Tony Hobson, #1165963
Southern Desert Correctional Center
PO Box 208
Indian Springs, NV 89070
*Plaintiff, Pro Se*

/s/ *Jamile Vazquez*
Jamile Vazquez, Employee of the Office of the Nevada Attorney General