**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Tony Hobson, | Case No.: 2:22-cv-02088-JAD-MDC |
| Plaintiff | |
| v. | **Order Dismissing Claims against Defendants Lyons and Boone for Lack of Service** |
| Reese, et al, | |
| Defendants | |

Pro se Nevada inmate Tony Hobson brings this civil-rights action under 42 U.S.C. § 1983, claiming that searches of his cell at the Southern Desert Correctional Center (SDCC) violated his First and Eighth Amendment rights.  Dispositive motions left claims against defendants Ruiz, Boone, and Lyons only.  While Ruiz has answered, Boone and Lyons have not been served, so on March 30, 2026, I ordered Hobson to show cause in writing by April 29, 2026, why the claims against Boone and Lyons should not be dismissed for want of service.[1] That deadline passed without response or request to extend the deadline to provide one.

As I explained in my prior order, Federal Rule of Civil Procedure (FRCP) 4(m) requires this court to dismiss Hobson's claims against Boone and Lyons unless he shows good cause for the failure to serve them and excusable neglect for failing to move to extend the service deadline.[2]  Because Hobson has not made such a showing or responded to my order to show cause, IT IS ORDERED that **the claims against Defendants Lyons and Boone are DISMISSED** under FRCP 4(m) for lack of service, and Lyons and Boone are TERMINATED as parties to this case.

---

[1] ECF No. 113.

[2] *Id*. at 16.

This case proceeds against Defendant Jesus Ruiz only.

_____
U.S. District Judge Jennifer A. Dorsey
June 30, 2026